UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 10, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:14-mj-00266-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| MARK CARSON RICARDS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARK CARSON RICARDS, Case No. 2:14-mj-00266-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant is ordered to appear in the Middle District of Florida on 12/4/2014 at 2:00 p.m. in Courtroom 11A before Magistrate Judge Jenkins.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _11/10/2014_ at _2:45 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge